No. 474. CALTEX (PHILIPPINES), INC. v. UNITED STATES. Court of Claims. Certiorari denied. *Leo T. Kissam, Albert E. Van Dusen* and *Henry J. Kiernan* for petitioner. *Solicitor General Sobeloff, Assistant Attor-*

*ney General Burger, Melvin Richter* and *William W. Ross* for the United States.